IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAHEEM O. WILLIAMS, <br><br>           Plaintiff, <br><br>     v. <br><br> CAMDEN COUNTY JAIL, <br><br>           Defendant. | Civil Action <br> No. 16-6438 (JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Raheem O. Williams seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

    Plaintiff did not complete the application, leaving several pages blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

| | |
|---|---|
| **October 31, 2016** <br> Date | s/ Jerome B. Simandle <br> JEROME B. SIMANDLE <br> Chief U.S. District Judge |